# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mary Bachman v. Bayer Corporation, et al.* | No. 3:13-cv-10022-DRH-PMF |
| *Heidi Blatnick v. Bayer Corporation, et al.* | No. 3:12-cv-10537-DRH-PMF |
| *Susan Donovan v. Bayer Corporation, et al.* | No. 3:12-cv-11084-DRH-PMF |
| *Grace Mansperger v. Bayer Corporation, et al.* | No. 3:13-cv-10875-DRH-PMF |
| *Melissa Powell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10490-DRH-PMF |
| *Valerie Valentino v. Bayer Corporation, et al.* | No. 3:10-cv-13616-DRH-PMF |
| *Vicki Wilkinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10847-DRH-PMF |
| *Cynthia Rippee, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11257-DRH-PMF |
| *Chris Dombrosky, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13286-DRH-PMF |
| *Mark Katuscak v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11237-DRH-PMF |
| *Sheri L. Pape v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11986-DRH-PMF |
| *Melissa Just v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10061-DRH-PMF |
| *Krista Lowery-Ross v. Bayer Corporation, et al.* | No. 3:12-cv-10896-DRH-PMF |
| *Janet Boyd v. Bayer HealthCare Pharmaceuticals, et al.* | No. 3:14-cv-20005-DRH-PMF |

| | |
|---|---|
| *Jennifer Florczyk, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10627-DRH-PMF |
| *Sylvia Stepter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13588-DRH-PMF |
| *Andrea Zulliger v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12357-DRH-PMF |
| *Patricia Frey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10828-DRH-PMF |
| *Jerri Renee Scott v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10243-DRH-PMF |
| *Uehenna Otue v. Bayer Corporation, et al.* | No. 3:10-cv-12434-DRH-PMF |
| *Yelena Grada v. Bayer Corporation, et al.* | No. 3:10-cv-13633-DRH-PMF |
| *Laura Taylor, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-11349-DRH-PMF |
| *Milissa Edwards v. Bayer Corporation, et al.* | No. 3:12-cv-10318-DRH-PMF |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations and/or Orders of Dismissal entered to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
   **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.05.06
12:53:45 -05'00'

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT

2